**MERVIN WAVE CLIP COMPANY, Inc., Plaintiff-Appellant, v. Arthur M. HERSCHENSOHN, Leo Secular, Doing Business as Boston Wave Clip Company, and Helge Wibling, Doing Business as H. Wibling Tool & Mfg. Co., Defendants-Appellees.**

No. 199.

Circuit Court of Appeals, Second Circuit.

March 7, 1938.

H. C. Bierman, of New York City, for plaintiff-appellant.

W. Lee Helms, of New York City, for defendants-appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

**MORITZ THOMSEN INVESTMENT COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8802.

Circuit Court of Appeals, Ninth Circuit.

March 29, 1938.

Percy W. Phillips, of Washington, D. C., for petitioner.

James W. Morris, Asst. U. S. Atty. Gen., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered decision of Board of Tax Appeals reversed, and cause remanded, with directions to enter an order that the tax liability of this taxpayer for the calendar years 1924 and 1926 having been compromised and settled, there is now no deficiency in income taxes for the years 1924 and 1926. ˙